FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2014 JUN -9  AM 10: 42

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL[...]

LISA ALVAREZ,

    Plaintiff,

-VS-

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

    Defendant.

_____/

CASE NO.: 8 : 14 cv 1366 )3 map

**JURY TRIAL DEMANDED**

## COMPLAINT

1.    Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331, as Plaintiff was in Tampa, Florida when a number of the illegal calls were sent to her cellular phone.

## FACTUAL ALLEGATIONS

3.    "Computerized calls are the scourge of modern civilization. They wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone right out of the wall." 137 Cong. Rec. S16204-01, 1991 WL 229525 (Nov. 7, 1991) (Remarks of Sen. E. Hollings).

4.    Plaintiff is the "called party." See *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012).

1


TPA - 23899
$ 400

5.      Defendant, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ("CHASE") is a corporation with its principal place of business at 270 Park Avenue, Midtown, Manhattan, New York City, New York 10017.

6.      CHASE has called the Plaintiff approximately four thousand (4,000) times since 2009 concerning an unknown individual's account.

7.      A text message to a cellular telephone qualifies as a call within the meaning of the TCPA. See *Legg v Voice Media Group Inc.*, 2014 WL 2004383 (S.D. Fla 2014).

8.      CHASE uses an automatic telephone dialer system ("ATDS") to call cellular telephones.

9.      Beginning on or about 2009, Plaintiff began receiving automated telephone calls to her cellular telephone from CHASE "alerting" her to charges made to an unknown individual's CHASE account.

10.     CHASE intentionally called (313) 445-0048 March 11, 2013.

11.     CHASE intentionally called (313) 445-0048 three times on March 30, 2013.

12.     CHASE intentionally called (313) 445-0048 three times on April 9, 2013.

13.     CHASE intentionally called (313) 445-0048 five times on April 17, 2013.

14.     CHASE called (313) 445-0048 three times on April 23, 2013.

15.     CHASE willfully called (313) 445-0048 six times on June 8, 2013.

16.     CHASE willfully called (313) 445-0048 six times on June 11, 2013.

17.     CHASE never made a call to (313) 445-0048 in 2013 by accident.

18.     CHASE intentionally called (313) 445-0048 three times on July 16, 2013.

19.     CHASE called (313) 445-0048 from telephone number (800) 935-9935 in 2013.

20.     CHASE intentionally called (313) 445-0048 six times on August 26, 2013.

21.     CHASE intentionally called (313) 445-0048 twelve times on October 7, 2013.

22.   CHASE intentionally called (313) 445-0048 four times on Christmas Eve December 23, 2013.

23.   CHASE intentionally called (313) 445-0048 three times the day after Christmas December 25, 2013.

24.   CHASE used an ATDS to call Plaintiff's cell phone (313) 445–0048 at least once in 2014.

25.   CHASE intentionally called (313) 445-0048 six times on March 17, 2014.

26.   Plaintiff does not now, nor has ever had, any account or business relationship with CHASE.

27.   Plaintiff immediately notified CHASE to stop contacting her but found it impossible to stop the calls.

28.   At the very beginning of CHASE's illegal calls Plaintiff revoked any permission CHASE had or thought they had to contact the Plaintiff. See *Osorio v State Farm Bank*,746 F.3d 1242 (11th Cir.2014)

29.   In 2011, due to the barrage of illegal calls from CHASE, Plaintiff went to a local CHASE branch in person and spoke to agents there concerning the tremendous amount of calls she had been receiving from CHASE.

30.   While at the CHASE branch location, Plaintiff asked for the calls to stop, to which the employees at said branch said there was nothing they could do.  Plaintiff then asked if they could contact the correct person whom the account actually belongs to, the branch employees said they could not look up such information and thus could not contact the actual account holder.

31.   The employees at said CHASE branch instructed Plaintiff to call CHASE's 1-800 number and request to be put on CHASE'S "Do Not Call List."

32.     Plaintiff followed the branch employee's instructions and was able to speak to a CHASE agent over the phone who added Plaintiff's cellular telephone number to CHASE'S "Do Not Call List."

33.     Upon being added to CHASE'S "Do Not Call List," the calls stopped for approximately a month and then resumed again in full force.

34.     The telephone calls asserted in this complaint were placed using ATDS, without human intervention

35.     Each call CHASE made to the Plaintiff was made using an ATDS which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

36.     Each call CHASE made to the Plaintiff's cell phone was done so without the "express permission" of the Plaintiff.

37.     CHASE does not have written permission to call Plaintiff's cell phone

38.     Plaintiff repeatedly revoked any consent CHASE may have thought they had to call her cell phone.

39.     CHASE has a corporate policy to use a ATDS to call individuals throughout the country just as they did to the Plaintiff's cellular telephone in this case.

40.     CHASE has a corporate policy to use a ATDS just as they did to the Plaintiff's cellular telephone in this case, with no way for the individual to remove the incorrect number or make the calls stop.

41.     CHASE'S corporate policy is structured as to continue to call individuals like the Plaintiff, despite these individuals explaining to CHASE that they are not the account holder whom CHASE is seeking.

4

42. CHASE has settled other federal lawsuits against them alleging similar violations as stated in this complaint.

43. CHASE has numerous complaints against them across the country asserting that their ATDS Continues to call the wrong people.

44. CHASE is aware of "Jesse's" complaint as outlined in the article "Chase Sends Me Updates On Bank Account I Don't Have" attached as Exhibit "A."

45. CHASE was responsible for making the calls to Jesse's cell phone as described in Exhibit "A."

46. CHASE is aware of the complaints outlined by SMS WATCH DOG as referenced in the attached Exhibit "B."

47. Despite numerous complaints from individuals throughout the country similar to Exhibit "B," CHASE did not change their policy to call individuals.

48. CHASE is aware of the complaints outlined by 800NOTES as referenced in the attached Exhibit "C."

49. Despite numerous complaints from individuals throughout the country similar to Exhibit "C," CHASE did not change their policy to call individuals.

50. CHASE has had numerous complaints from consumers against them across the country asking to not be called, however the Defendant continues to call.

51. CHASE'S corporate policy provided no means for the Plaintiff to have her number removed from their call list.

52. CHASE has a corporate policy to harass and abuse individuals despite actual knowledge that the called parties do not wish to be called.

53. CHASE's corporate policy of contacting individuals without their consent illustrates a conscious disregard for federal law including the TCPA.

54.     Plaintiff did not expressly consent to CHASE'S placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to CHASE'S placement of the calls.

55.     None of CHASE'S telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

56.     CHASE negligently violated the TCPA.

57.     CHASE willfully and/or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA)

58.     Plaintiff incorporates Paragraphs one (1) through fifty-seven (57) above.

59.     None of Defendant's auto-dialer calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

60.     Defendant willfully violated the TCPA with respect to the Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

61.     Defendant knowingly violated the TCPA with respect to the Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

62.     Defendant repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

        **WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs,

6

interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Intentional Infliction of Emotional Distress)

Plaintiff re-alleges paragraphs one (1) through fifty-seven (57) above and further states:

63.  CHASE'S actions were, reckless, outrageous, intentional, deliberate, malicious, beyond all bounds of decency, odious and utterly intolerable in a civilized society.

64.  Such conduct is the type of conduct which would cause the average person to exclaim "outrageous!"

65.  As a direct and proximate result of CHASE'S conduct, Plaintiff suffered severe emotional distress and mental anguish.

66.  Plaintiff suffered extreme anxiety and a feeling of helplessness as if there was nothing she could ever do to stop CHASE's robo-dialers.

67.  Plaintiff's emotional distress is severe and ongoing.

WHEREFORE, Plaintiff respectfully demands a trial by jury of all issues so triable and judgment against Defendant CHASE for actual damage, punitive damages, enjoinder from similar conduct, costs, interest, and any such other relief this Honorable Court deems appropriate in the spirit of Justice.

Respectfully submitted,

William Peerce Howard, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 222-4747
BHoward@forthepeople.com
Florida Bar #:  0103330
Attorney for Plaintiff




# CONSUMERIST

DONATE



**Want Consumerist in your inbox?** We will not sell or rent your email   Email Address

[SUBSCRIBE]



CHASE

# Chase Sends Me Updates On Bank Account I Don't Have

By Chris Morran  October 21, 2010

[SEARCH]



(neoliminal)

Consumerist reader Jesse has recently started receiving account balances and deposit info via e-mail for a bank account with Chase. This would be wonderful and helpful — if Jesse had an account with Chase.

## DON'T PANIC!

We are currently testing a new commenting system. Want to help? Request an invite.

Figuring that some Chase customer had goofed when entering their e-mail address, Jesse tried to rectify the situation:

> I tried calling the phone number for their online services provided in the emails (after I verified it was legit on chase.com) and when I choose the appropriate menu option, "Receiving chase.com emails in error" they wanted me to input my account number before I could talk to a representative. I don't have an account with chase, so you could see how that is a problem. I also tried contacting them via their "contact us" option on chase.com but they require me

## POPULAR POSTS

**You Can Make Your Own Aereo At Home, But Is It Worth It?**

**Once Upon The '80s, Someone Really Approved This Ad**

**Here Are Two Graphs Any Parent Of A College-Bound**



*to have a chase.com account to fill out the form and send it in.*

*I would just block the emails as junk but then someone out there would not be getting their account alerts/updates. I've definitely verified all the links in the emails and it's not a phishing attempt. The urls are all legit (though I haven't tried going to them and messing with this persons account, that would be wrong), so I have access to someone else's account and I don't want it but Chase doesn't seem to be giving me a way to correct the problem.*

**UPDATE:** A rep from Chase says they have resolved Jesse's e-mail issue. They say if anyone receives a alert e-mail in error from Chase, you should contact the Chase Online Banking Team at 1-877-CHASEPC and report that they received an alert in error. E-mails regarding phishing scams should be sent to abuse@chase.com

**Tell a friend:**



Tagged With: chase, jpmorgan chase, banks, oops, bank error in your favor

**Kid Didn't Want To See Today**

**New Starbucks Free Drink Record Set With $54 Sexagintuple Vanilla Bean Mocha Frappuccino**

**How To Not Suck At Picking A Father's Day Gift**

**About Us**

**Comments Code**

**Comments FAQ**

**No Commercial Use Policy**

**Privacy Policy**

**User Agreement**

**Work With Us**

« Shoplifter Forced To Dress As Bert, Carry "I Got Caught Shoplifting At Halloween Express" Sign

Get Debt Free With One Manila Folder »

## MORE FROM CONSUMERIST

**Check Your Debit, Credit**          **Chase: Refunding A Scam**

 **WATCH DOG**

**Did you receive an Unsolicited text message from an Unknown sender on your mobile phone? Use the free SMSWatchdog Text Message lookup service to learn who is behind the messages.**

Enter the short code or phone number of the offending text message to find out more about the sender.

**5-6 digit SMS code or phone number**

Subr

### Make Him Fall In Love
havetherelationshipyouwant.com
9 Powerful Words You Can Say That Remind Him Why He Needs You

[1] [2]

## 24273 or 242-73

Did you get a text message from 24273? Report your experience now and help identify who is sending text messages from this number.

**24273 Text Message Program Details**
Name: JP Morgan Chase Balance Alerts
Description: JP Morgan Chase balance text alerts
Phone: 1-877-242-7372
Web URL: www.https
Rate: Standard

### Instant Phone Locator
Find Phone Owner Instantly

Phone number:

ex. 555-5555-555

**Locate Phone**

**Download**

**Version:** Latest
**OS:** Win XP / Vista / 7 / 8
**Language:** English
**Cost:** Free
**Rating:**

Available to download on our website

Zip App
Advertisement

Advertisement

**User opt out reports for 24273**
Reply STOP success ☆☆☆☆☆

**nycrn**            Text Message ID: 24273 / 242-73
2010-12-10 10:37:52         Company: JP MOrgan Chase
                           Optout success: No

I don't have a Chase account and when I went in to a bank branch they told me it was spam.

Reply

**Perturbed**       Text Message ID: 24273 / 242-73
2010-12-24 12:45:38              Company: Chase
                           Optout success: Yes

I don't have a chase account so I googled the number and found this site. I replied s"stop" and received a text back saying i would no longer be receiving texts from them!

Reply

**ted**             Text Message ID: 24273 / 242-73
2011-03-06 18:02:12              Company: chase
                        Optout success: Did Not Try

I have tried to block this with controls from Verizon - they keep getting through

Reply

**anthony**         Text Message ID: 24273 / 242-73
2011-04-15 16:09:04              Company: Chase
                           Optout success: Yes

Recently got this phone number and soon there-after these text alerts from Chase started appearing. Apparently, they would even allow me to transfer funds before some poor person's accounts because one of the accounts was low on funds!! I called Chase, and they did not have my # on record. they said, but I kept getting texts.  I replied with STOP, and got a text back saying they would stop. We shall see...

Reply

### List of all documentented Text Message Programs

**68511** Text Message Program Details
Name: Hottest IQ Quiz and Alerts Subscription
Description: Hottest IQ Quiz and text alerts subscription for $6.99/mo
Phone: 1-800-584-2863
Rate: Premium

**66128** Text Message Program Details
Name: MLB Player Vote
Description: MLB player voting and alerts
Phone: 1-866-800-1275
Rate: Standard


**EXHIBIT B**

**65579 Text Message Program Details**
Name: Charlotte Russe Alerts
Description: Charlotte Russe clothing text alerts.
Phone: 1-866-401-0129
Rate: Standard

**645343 Text Message Program Details**
Name: NIKE ID Alerts
Description: NIKE ID text alerts.
Phone: 1-800-806-6453
Rate: Standard

**645244 Text Message Program Details**
Name: Digital Rocket OILCHG Alerts
Description: Branded concept whereby multiple franchised
service centers can deliver instant coupons (offers) for oil
changes and other related car repairs.
Phone:
Rate: Standard

**64219 Text Message Program Details**
Name: Recipe and Cooking Tips Alerts Subscription
Description: Recipe and Cooking Tips text alerts
subscription. $19.99/mo for unlimited alerts or $6.99/mo for 2
alerts/mo.
Phone: 1-888-292-5471
Rate: Premium

**639225 Text Message Program Details**
Name: New Balance Text Alerts
Description: New Balance refer a friend text alerts to receive
product information.
Phone: 1-877-869-8883
Rate: Standard

**63389 Text Message Program Details**
Name: dload Alerts subscriptions
Description: Dload offers current events and popular news
Alerts subscriptions.
Phone:
Rate: Standard

**63278 Text Message Program Details**
Name: NearU Consumer Search Alerts by Stochasto
Description: "NearU Consumer Search Alerts is a mobile
marketing service for precisely targeted communication with
a small business best customers and prospects. U
Phone:
Rate: Standard

**62889 Text Message Program Details**
Name: AnheuserBusch Natty Dread Mobile Alerts
Description: Text alerts of concert tour dates and special CD
releases.
Phone: 1-866-251-1200
Rate: Standard

**627548 Text Message Program Details**
Name: InMarkit Social Shopping Service
Description: InMarkit Social Shopping Service text alerts.
Phone: 1-800-280-9604
Rate: Standard

**62638 Text Message Program Details**
Name: M&T Bank Text Alerts
Description: M&T Bank mobile banking text alerts
Phone: 1-800-724-2440
Rate: Standard

**62645 Text Message Program Details**
Name: DeNA Global Mobamingle Alerts
Description: Mobamingle is an Avatar based social network
with non-SMS non-premium service and fun! Mobamingle
would like to offer standard rate subscription alerts
Phone:
Rate: Standard

---

**someone else**
2011-05-12 16:55:23

Text Message ID: 24273 / 242-73
Company : Chase
Optout success: Yes

I got a new phone number about a year ago - must have been a real
deadbeat's old number because for the first 6 months I got collection calls
day and night for them - still get them occasionally. I have also been getting
texts from Chase about how this person's account is overdrawn or close to it
at least a few times a week. The text actually gave me the option to transfer
money between their accounts! I wouldn't do this - although it would probably
make them update their phone number real quick if I had - ha! I called Chase
and they had the nerve to tell me "there is nothing we can do about it until the
owner of the account changes their number" (AGAIN, it's been a whole
year!). If that's what goes for customer service there, I won't be getting a
Chase account anytime soon! I searched for

Reply

---

**someone else**
2011-05-12 16:58.13

Text Message ID: 24273 / 242-73
Company : Chase
Optout success: Yes

...continued from above: I searched for the texting number on on google and
found this. I replied to one of the texts "STOP" and it replied that I would not
be receiving these texts anymore. I wish I had thought of this sooner :-S

Reply

---

**oldguy1**
2011-05-24 14.24:28

Text Message ID: 24273 / 242-73
Company : Chase
Optout success: No

Text message about low account balance.
Don't have an account

Reply

---

**stop the texts**
2011-06-13 13:23:24

Text Message ID: 24273 / 242-73
Company :
Optout success: Did Not Try

I've been receiving texts from 24273 for months - happens mostly on
weekends. They talk about low blances. I called chase and asked them to
stop. They said they would put my number on a do not text list. They stopped
for a week or two, and now they are back. I'm received 7 of them this
weekend.

Reply

---

**CHASE**
2011-06-14 12:04 37

Text Message ID: 24273 / 242-73
Company : Chase
Optout success: No

I'm getting charge international text messaging if I want to check my balance
from my phone company? What is Chase doing sub contracting their text
responce internationally? WTF?!

Reply

---

**Tau**
2011-06-30 08 14:54

Text Message ID: 24273 / 242-73
Company : Chase
Optout success: No

I am continuously getting massage from 24273. To day I got this massage:
"To transfer from sav ****, bal S**, reply T. space amt e.g. T**"

Reply

---

**Chandra Maharja**
2011-08-09 13:20 15

Text Message ID: 24273 / 242-73
Company : Chase Bank
Optout success: Did Not Try

i dont understand why am i receiving unsolicited msgs from this number. I am
continuously getting massage from 24273. To day I got this massage:
"To transfer from sav ****, bal $**, reply T. space amt e.g. T**". I hate getting
these msgs!!

Reply

---

**nochaseaccthere**
2011-06-15 14.13 26

Text Message ID: 24273 / 242-73
Company : Chase
Optout success: Did Not Try

## List of all documented Text Message Programs

**62424 Text Message Program Details**
Name: The Nb Channel Finder
Description: Users text into the program and receive a message directing them to a web site with a tool to find their new channel number. The user will then enter
Phone: 1-888-836-7258
Rate: Standard

**61512 Text Message Program Details**
Name: MLB Player Vote
Description: MLb player voting and alerts
Phone: 1-866-800-1275
Rate: Standard

**61381 Text Message Program Details**
Name: Jusint us Chat Subscription
Description: Jusint us text chat subscription for $9.99/mo
Phone: 1-888-666-3220
Rate: Premium

**61358 Text Message Program Details**
Name: Studio Coors Light ESPN
Description: Voting and polling from Coors Light
Phone: 1-800-642-6116
Rate: Standard

**61266 Text Message Program Details**
Name: Unlimited-SMS .net Alerts Subscription
Description: Unlimited-SMS net news and entertainment text alerts subscription for $9.99/mo
Phone: 1-888-853-2703
Rate: Premium

**60753 Text Message Program Details**
Name: Coors Light Code Blue
Description: Coors Light Code Blue Text Alerts
Phone: 1-800-642-6116
Rate: Standard

**60946 Text Message Program Details**
Name: MLB Player Vote
Description: MLb player voting and alerts
Phone: 1-866-800-1275
Rate: Standard

---

**Darkbob**
Text Message ID: 24273 / 242-73
Company:
Opt out success: Yes
2012-02-22 14:05:24

Reply

**Chase messages**
Text Message ID: 24273 / 242-73
Company: Chase
Opt out success: Did Not Try
2012-02-11 11:17:23

I have got a new phone from version and the next day I started getting daily phone calls from chase or my work number and also getting daily messages on the new cell that my account is overdrawn and the amount increases daily even though I do not have a bank account with chase. I do not know what is going on and why this happens for Verizon accounts I did not have this problem with other carriers.

Reply

**Chase messages**
Text Message ID: 24273 / 242-73
Company: Chase
Opt out success: Did Not Try
2012-02-11 11:15:16

I have got a new phone from version and the next day I started getting daily phone calls from chase or my work number and also getting daily messages on the new cell that my account is overdrawn and the amount increases daily even though I do not have a bank account with chase. I do not know what is going on and why this happens for Verizon accounts I did not have this problem with other carriers.

Reply

**Tsquared**
Text Message ID: 24273 / 242-73
Company: Chase
Opt out success: Did Not Try
2011-12-08 07:02:24

Keeps saying my account is low and needs a transfer of funds.

Reply

**Sheryl**
Text Message ID: 24273 / 242-73
Company:
Opt out success: No
2011-10-18 08:31:26

I keep getting text messages every day and I do not have a Chase account.

Reply

**hate spam paras**
Text Message ID: 24273 / 242-73
Company: Chase
Opt out success: No
2011-10-15 16:59:24

tried 'stop' and 'stop all' no dice - messages doubled in quantity someone is having fun at my expense b/c texting is not included in my plan someone make this go away have a family emergency but keeping the phone is a living nightmare now

Reply

**Marc B**
Company: CHASE
Text Message ID: 24273 / 242-73
Opt out success: Did Not Try
2011-08-07 10:41:03

Got this newly activate phone with verizon wireless, 2 days later I start receiving text messages from CHASE Bank, I cont have an account with them. and its using my allocated text allowance. how do I stop this

Reply

**john gunn**
Text Message ID: 24273 / 242-73
Company: chase bank
Opt out success: No
2011-02-27 11:06:42

got an invalid command response

Reply

Got 2 texts this weekend, plus a phone call this AM RE: opening a new account for my son who's away at college. Hmm, my son lives w/me. Looked up the phone number - a private residence land line in Salinas. Reported it to Chase @ their 800 number, who said it sounded like phishing & he'd turn it over to the fraud division. Maybe I'm paranoid, but it's better to be safe

## 800-935-9935

Did you get a call from 8009359935? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-935-9935
Toll-free

## Commercial GPS Tracker

telogis.com/gps-tracking
Fully automated fleet GPS tracking Cuts Drive Time, Profit, See Demo

 **JANIE**
7 Oct 2007

I HAVE NO IDEA WHO THESE PEOPLE ARE. THEY, AMONG OTHERS , CALL AND DO NOT LEAVE A MESSAGE USING MY NAME SO I DO NOT KNOW WHO THEY WORK FOR. HOW DO WE GET RID OF THESE CALLS?

 **JC** replies to JANIE
13 Aug 2008

IT APPEARS TO BE CHASE BANK

 **tim** replies to JC
12 Apr 2010

It is Chase Bank

 **nerisha** replies to JANIE
14 Jul 2010

I just received a call from this number. They did leave a message. It's an automated service call informing you of overdrawn funds from checking account.

 **michelle** replies to nerisha


EXHIBIT
C


4 Aug 2012

NO it is not. I am never overdrawn on my a account.


**DiAnn** replies to JANIE
21 Sep 2010

If you bank on line you can stop by setting your security answers with Chase , if not, call them. They are just calling to keep you updated on your acct. not to sell anything. Usually it is your settings that cause them to call.


**JEAN PAUL** replies to JANIE
4 Mar 2011

It is a number belonging to Chase Credit cards that they use to notify customers about their pre-set credit cards limits and alerts (like balances and big purchases). The alerts are set by the customers themselves and if the wrong telephone number is entered, well.....that will be the number the automated system will be calling over and over again until the settings are changed or the balances are lowered.
Perhaps, you got a phone number that somebody in the past used with Chase Credit Cards or the wrong number (YOURS) was entered.
Good Luck


**Hutch** replies to JANIE
11 Apr 2011

Try listening to the complete message! That # comes from your Chase Bank Automated Service, that informs you of your account issues... This is a legitimate # from Chase themselves! I have my account with Chase setup to "AUTOMATICALLY" call me when my account drops below a certain amount! It is a great service they provide to keep me "Informed" of critical info..... I love it!!!!!


**Myron** replies to JANIE
12 Sep 2012

If you signed up for voice alerts from chase, then this is the number they will call you from



**Jeff**
27 Jul 2008

Call twice on 6-27-08, must be Sprint as I have a new number and I've given it to no one.

---

# Commercial Real Estate                          ▷
❗ auction.com/Commercial-Listings
Auction.com® has a Large Inventory Nationwide,View Listings Now!



**Erika** replies to <u>Jeff</u>
1 Oct 2008

I have sprint too, and this number keeps calling me along with other 800/866 numbers. One even took money out of my account without authorization.



**Latoya**
22 Jul 2009

They send emails to my yahoo account, saying something along the lines of "your recent inquiry", however, I do not recall having an account with them. The lady said she could look up my account using my social security number. I told her, she must think I'm stupid and refused to give my information. I don't trust them, and this account/information does not show up my credit information. The email said do not reply to the email, but call the number instead



**brook** replies to <u>Latoya</u>
17 Aug 2009

It's a scam; I got this number off of a check they mailed to my office for $1280.00 saying it was from a company called "Capital Market Services" for a sales commission. When I went on live chat from that company's actual website, they stated that it's a hoax & to throw away the check, that some company had been sending out fraudulent checks to people to get their personal information. Gosh, people are con-artists! Unbelievable!



**chase customer** replies to <u>brook</u>
2 Jan 2013

The scammer probably decided to use a legitimate number to further encourage you it was real. But this is a real call from chase alert's automated system. Didn't answer myself, it went to voicemail it was a chase alert that I set up. Just wish they would give you the number to expect a call from so it can be saved ahaead of time.



**lora**
3 Aug 2009

CALL AND DO NOT LEAVE A MESSAGE every day



**jack**
30 Nov 2009

It's weird. I got a missed call 877-226-5663 with no voicemail, and when I dialed, automated message told me to call 800-935-9935.

The person above is correct, the company IS Chase, and it's the line for their customer service for your checking, savings, ATM/debit accounts.

https://www.chase.com/ccp/index.jsp?pg_name=ccpmapp/shared/assets/page/phone2

*Caller: Chase*



**Caroline** replies to jack
29 Nov 2010

No it's not! I called it and the recording said to give them my account number so they would know it's me! Yeah, right.



**Jim** replies to Caroline
2 Mar 2012

8009359935 is a Chase number. They use it when you have requested to be contacted for something about your account. Could be an overdrawn check , it could be notifying you that you have exceeded one of the paramentors set or your account and requested notification.. I set a paramenter on my credit card for an individual charge of $1000. I had charge to an attorney that execeeded that amount. They attempted to contact me on my Cell, but with no answer they did not give out any information in a message. Do you want anyone informing anyone that answers your

phone to have your personal notication on your chase account. I also received the message on my email account. If you are aware of the infomation, ignore it, if not contact Chase immediately. I am not a Chase employee, just hopefully adding a little sanity to this thread.

 **C E** replies to Jim
13 Jun 2012

I agree with you. It is from Chase and you can set up alerts on your accounts to either call or e-mail you (or both) when specific events occur in your account. For example, I just go such a call and it was because I made a debit card transaction over the specified amount. If I had not made the transaction, I could call Chase and tell them within minutes instead of days of it happening.

 **Vanessa**
9 Mar 2010

If you have alerts set up with Chase Bank, it is just the automated message letting you know your account balance, if a deposit, withdrawal was done, etc. You will have to go into your account online and change your settings if you no longer what to receive the alerts.

*Caller: Chase Bank*

1    2    3    4    5    6    7    8    **Next**

## 0% Interest for 18 Months

smartbalancetransfers.com
Apply for a 0% Balance Transfer. NO Interest Until 2015. $100 Bonus.

**Report a phone call from 800-935-9935:**

**Your Name** *
                                    Your name as you would like it to appear in the title of your post.

**Message** *

**8009359935**

Did you get a call from 8009359935? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-935-9935
Toll-free

# $12B+ Sold in Online CRE

🔲 auction.com/Commercial-Real-Estate

Buy & Sell Commercial Real Estate With Auction.com®. Learn More!

 **Rokr**
11 Mar 2010

The number belongs to Chase. And, as Vanessa and Jack said, it's used for automated messages. However, I came across a spam email myself with the number in there. I'd guess the spammers are outsourcing a legitimately looking 800 number to an actual bank. After all, the email said don't call, click here.

If it's so hard to prosecute spammers, why don't we just send them to Guantanamo?

*Caller: Chase but others spoof the ID*

 **Tina replies to** Rokr
9 Nov 2013

These idiots keep calling me all hours of the night

 **schemfie**
20 Mar 2010

they dont stop calling and i dont use chase and i cant log on to get them to stop calling me !!!

*Caller: chase*

# Contact Center Software

◔ business.8x8.com

Advanced. Easy. Affordable. Integrate Your CRM. View Demo!



**kate** replies to <u>schemfie</u>

22 Aug 2011

this number keeps calling me,. its chase saying funds are low, overdrawn etc. i dont have a chase account. i called chase to tell them this the lady took my number but im still gettin calls



**cj** replies to <u>schemfie</u>

2 Jan 2013

They always call me as well its annoying.......I don't even have a chase account.



**channce**

28 Mar 2010

Just got a call that I didn't answer and a follow up voice mail claiming to be Chase, stating that a new computer has been given access to my account and that I should call some other 800 number if that wasn't correct. I'm sure this is some sort of scam considering Chase bank doesn't even have my phone number and this call came in on a Sunday morning.

*Caller: Chase Bank*



**adb**

30 Mar 2010

Get a call from this number at least 4 times a day. Leaves no voicemail. If i answer, it says press 1 to accept a call from <blank> or press 2 to leave a voicemail.

I call back the number and get Chase customer service. If I could sue these b*****ds I would. It's that annoying.

*Caller: Chase*



**Sunderson**

13 Apr 2010

I get a call from this number once a month to confirm my payment. It's an option you can opt out of as I am opted in for this reminder.

*Caller: Chase*



**jack**
24 Apr 2010

I've opted out of this number online twice and it still keeps calling. Time to cancel the Chase account. Call spammers suck. No respect for customers.

*Caller: Chase*
*Call Type: Telemarketer*



**Sheri**
26 Apr 2010

This number called my cell phone and it was for my Chase alert for a low balance.  I'm glad it called!

*Caller: Chase*
*Call Type: Event Reminder*



**me3042**
9 Jun 2010

It is Chase calling to remind of a payment.

*Caller: Chase*
*Call Type: Event Reminder*



**icmsoy**
22 Jun 2010

It is Chase calling. Check the Chase web page and it lists the number for checking/atm accounts

*Caller: Chase*



**Robert Berger**
9 Jul 2010

no response



**Nandy A**
13 Jul 2010

I don't know this people why they calling my number what is the purpose of their call, no messages...



**Peter**
22 Jul 2010

It is Chase reminder system

*Caller: Chase*
*Call Type: Event Reminder*



**Katy**
23 Jul 2010

It's Chase Bank. I believe they use this number for account alerts and updates. It always leaves an automated message saying that it's Chase and that the call is regarding my account. I set up the alerts online.

*Caller: Chase Bank*
*Call Type: Event Reminder*



**rich** replies to Katy
2 Sep 2013

I do not have a Chase account, never have and to alert me that there is activity on my account is bogus!!
This is a definite scam, VERY annoying..have had 23 calls in 3 days..day and night..Apparently Chase doesn't want to deal with this..I think it's up to Chase to change their Customer Contact number, not the people being scammed.



**John**
25 Aug 2010

It's Chase's automatic notification system letting the caller know their account is overdrawn. Possibly also low balance alerts and anything else related to your Chase account/balance(s). Rather be notified asap than pay an overdraft amount so no complaints here.

*Caller: Chase*
*Call Type: Event Reminder*



**John** replies to John
25 Aug 2010

**Oh, and they did leave a voicemail.**



**DP**
30 Aug 2010

**Called and left me marketing voice mail**

*Caller: unknown*

1   2   3   4   5   6   7   8   Next

## Fleet GPS Tracking
🔹 telogis com/gps-tracking
Automated Commercial GPS Tracker Cut fuel & support costs. Free Demo

**Report a phone call from 800-935-9935:**

**Your Name ***

Your name as you would like it to appear in the title of your post.

**Message ***

**Caller Company**

The company that called you.

**800-935-9935**

Did you get a call from 8009359935? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-935-9935
Toll-free

Report Major Fraud Here
whistleblowerlegalcenter.com
We represent whistleblowers. Free confidential legal case review.

**Roger**
13 Sep 2010

I receive calls every day from 1-800-935-9935 informing me that I have a balance on a credit card I do not have. I have written to the company, and called the company, asking them to stop. I verified that they do not have an account on file with my SSN attached to it, and thier collections department doesn't have my number on file. They still keep calling. I've written to my state board of consumer protection. I'm getting ready to sue these B$stards.

*Caller: Chase*

**vicki**
22 Sep 2010

Have received multiple calls from this number specific to overdrwan alert but I do not have a Chase account.

*Caller: Chase*
*Call Type: Event Reminder*

---

8x8 Call Center Software
bus ness.8x8.com
Fast, Easy, Affordable, Reliable Cloud Contact Center-View 8x8 Demo

**Got Suckered !!!**
29 Sep 2010

THIS IS A FRADULENT NUMBER AND IT IS NOT ASSOCIATED WITH CHASE.

CHASE WOULD NEVER ASK YOU FOR SOCIAL SECURITY OR ACCOUNT NUMBERS OVER THE PHONE.

IF YOU RECEIVE THIS CALL CONTACT THE FBI.

*Caller. Supposedly it was Chase*



**Chase customer....but I don't why** replies to Got Suckered !!!
2 Nov 2010

I called the number back....a machine answered giving directions for which number to push depending on how i want to route my call. Hey, asshts, why did you call me was not an option, but is indeed Chase.



**No you didn't** replies to Got Suckered !!!
11 Jan 2012

It's not fraudulent.  It is the number listed for Chase customer service on every Chase ATM card. The person you spoke with was just trying to verify your identity.



**wanderer9782** replies to Got Suckered !!!
9 Feb 2012

It's NOT a fradulent number.  It is Chase Bank and they use it for legitimate account alerts.  Before posting such stupid info you should verify it first!!!



**Fraud Alert** replies to Got Suckered !!!
19 Feb 2012

Confirmed with Chase Bank that this number is in fact not theirs - it's a phishing fraud.



**WOW**
8 Oct 2010

You people are pretty ignorant. Especially the guy above me. It REALLY is Chase. They call to let you know that a payment is due. I get one every month. In order to stop it, I just log in and turn it off. No scam, no fraud, nothing, just a convenient service. I'm a surrounded by idiots. Calling the FBI would just be ridiculous!

*Caller: REALLY is Chase*
*Call Type: Event Reminder*



**Bull Slapper** replies to <u>WOW</u>
12 Nov 2010

@WOW, talk about ignorant, you're dumber than a box of rocks by making that general statement. My 84 y.o. mom is getting these calls and she has NEVER dealt with CHASE.She has no account, no log-in, not even a computer. Help me understand the "ignorant" part of your statement.



**baby jesus** replies to <u>WOW</u>
24 Jun 2011

You are a idiot!!



**FBI** replies to <u>WOW</u>
4 Jan 2012

HYE WOW, WHY YOU USE [ INGNORANT], THE TRUTH YOU ARE PRETTY INGNORANT, THOSE NUMBERS ARE FROM SCAMMERS , ATTENTION PLEASE DONT TRY TO USE IT OR ANSWER BY YOUR PERSONAL IDENTIFICATION



**Kati**
13 Oct 2010

I get a call everyday, even though I don't have a Chase bank account. What can I do to stop this?

*Caller: Chase*



**Raajesh**
28 Oct 2010

I just enquired the same from chase bank. Just send a text to that number with 'STOP". Its that simple :-)



**Chase customer, but I don't know why** replies to <u>Raajesh</u>
2 Nov 2010

maybe if it wasn't my HOME phone, it would THAT SIMPLE. but my home phone doesn't text, asshat.



**martin**
4 Nov 2010

Ive been getting at least 20 calls a day from that number which appears to be a Chase Bank's alert central. I went to a Chase branch asking them to stop these molesting calls but there's nothing they can do to stop them. After that, I Google that number so I found that a bunch of people is getting calls from the same number and that most likely could be a spam who wants you to log in to your bank account so they can hacker your password and take all your money.

*Caller: Chase Bank*



**Theyhelpedme!**
15 Nov 2010

This number is from the Chase Bank Card Services, Fraud division. They had found that my card number was stolen and being used in another state. I was grateful for this call and if you have Chase Bank, you can call or go to your local branch after receiving a call from 800-935-9935 & they will validate the message.

*Caller: JP Morgan Chase*



**david** replies to <u>Theyhelpedme!</u>
17 Nov 2010

That may be so IF you actually have an acct with them. I don't and NEVER would!! They, despite how many times I am not a GD mexican and my name is noy Hernandez, they continue to call. Now I just call them constantly and f-bomb then all. I dare them and beg them to report me. Maybe they can figure it out then, Everytime I used to call politely, they stated that my number was not linked to any acct, but yet they continue calling me. Bunch of Dumb A***s. Its not Chase, Its chase you and harass you even though your not the low life defaulting on a loan.

 **Buford Georgia** replies to <u>Theyhelpedme!</u>
26 May 2011

You are full of crap! I have zero accounts with Chase. It's a teenager, working from home as a telemarketer using phone numbers supplied by Chase "and/or their affiliates".

Tom

 **Jennifer**
1 Dec 2010

recieved call from this number saying a payment is due in 1 day - I do not have an account with Chase

*Caller: ?*

 **john**
7 Dec 2010

They called and asked me what i was wearing, then told me they were naked and just breathed into the phone for 10 minutes. Oh well

*Call Type: Non-profit Organization*

1    2    3    4    5    6    7    8    Next

## Safe Weight Loss Plan                           ▷

tamparejuvenation com
"I Lost 40lbs in 30 days" Stacy A  Start Your Weight Loss Program Now

**Report a phone call from 800-935-9935:**

Your Name *
                              Your name as you would like it to appear in the title of your post.

Message *

**8009359935**

Did you get a call from 8009359935? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-935-9935
Toll-free

# 8x8 Call Center Software
○ business.8x8.com
Advanced. Easy. Affordable. Integrate Your CRM. View Demo!


**godzgerl**
17 Dec 2010

This call is from CHASE BANK. If you signed up on-line to get "notifications" and selected this number, it will let you know your account activity. If you don't want these calls, go on line and change your notification and remove it.

*Caller: CHASE BANK*


**debjoe**
2 Jan 2011

I receive calls from this number monthly by choice. It is Chase and it sends an alert to remind me to make my payment or if I am nearing my credit limit or other alerts that I choose. You can change your settings to stop alerts if you don't wish to receive calls from this number.

*Caller: Chase Credit Card Services*
*Call Type: Event Reminder*

# Top 3 Debt Consolidation                                    ▷
○ debt-consolidation-reviews.org
Make a Smart Consolidation Choice. Read the Research & Get Free Quote!


**Ruth**
20 Jan 2011

It is Chase Bank.  They call when a payment has been posted.

*Caller: Chase Bank*
*Call Type: Event Reminder*

 **ChaseEqualsEvil**
24 Jan 2011

I, like many others here, was receiving calls (3 times a DAY!!! Even Saturdays!!) for an account that was NOT mine. I have NEVER had an account with Chase (and never will!) It started when I changed my phone number..apparently the old owner of my number had an account and had opted to receive daily calls.

After NUMEROUS calls (too many to count), I finally (I THINK) figured out how to get them to stop.

Call back the same number (800-935-9935.)  (Going to try to remember the exact process, may not be exact but I'll try to get it close.)

First choose to talk to a live person (possibly press *-something?)

Go through the automated call until you get to "for all other calls, press 6."

At some point they will ask you to enter your account information -- if you're like me you don't have an account, so you have nothing to enter -- just let it run through the request for information several times without pushing anything.  It has to run through like 3-4 times.

It will finally ask, "is it a personal or business account?"  I chose personal.

Finally a live person came on who didn't help at all after I explained everything (I told her "I don't have a Chase account, I never had a Chase account and I am receiving calls for an account that is not mine."  She then very politely asked "I'm sorry to hear that, can I have the number to your Chase account?"  Grrr.

I then asked to speak to her supervisor.  After quite a while she came on the line and said "So you're receiving updates for an account that is not yours, do you by any chance have the last 4 digits of the account?" The automated messages I get EVERY day do include this information so I gave it to her.

She seemed to find the account quickly and removed the number/alerts.  I told her I wanted my number removed from the whole account, but I'm not sure she actually did this.

After SO many calls to Chase, this was the most promising one yet.  I am actually hopeful they might stop.  It's been over a month of 3 calls a day so I am reluctant to get my hopes up too high...but

maybe.

I will repost if it doesn't work.  Just wanted to help someone else out who is as frustrated as I am.  Screw Chase Bank, I hope you guys rot in hell!!!!   Sorry...had to get that out.

*Caller: Chase*



**Renee**
16 Feb 2011

It's Chase Bank. I signed up for their alert service that calls me when there is a large charge made on my credit card. That's all it is.

*Caller: Chase Credit Card services*



**DaGeek**
19 Feb 2011

This number is for Chase automated account reminders. At least that's the only calls I ever get that show this number on caller ID. For example when my car payment is due, it's set up so I get a call 5 days before as a reminder.

*Caller: Chase Bank*
*Call Type: Event Reminder*



**Pete**
2 Mar 2011

It's an 800 service from Chase bank confirming a payment has been made to a Chase account. It's set up through Chase web banking. Automated report message confirming payment was left on 3/2/11.

*Caller: Chase Auto Finance*
*Call Type: Event Reminder*



**OArias**
13 Mar 2011

Please dont call me ..

*Caller: consumer eng*

*Call Type: Telemarketer*



**Mindy**
23 Mar 2011

Mine was from Washington State Employee Credit Union (WSECU) in regards to a loan I had applied for.

*Caller: WSECU*



**Hutch**
11 Apr 2011

Try listening to the complete message! The phone call comes from your Chase Bank Automated Service, that informs you of your account issues... This is a legitimate # from Chase themselves! I have my account with Chase setup to "AUTOMATICALLY" call me when my account drops below a certain amount! It is a great service they provide to keep me "Informed" of critical info..... I love it!!!!! You people are insane about thinking "everything" is a conspiracy of one thing or another.............. Get a Life!

*Caller: Chase Bank*
*Call Type: Event Reminder*



**Paul** replies to <u>Hutch</u>
20 Feb 2012

No your not getting it. Half of us dont even have a chase account. I dont. I keep receiving these calls at 3am EVERY SINGLE DAY. I cant turn my phone off because I need it on for the alarm and also in case someone is trying to call me god forbid there is an emergency. I cant lower the ringer for the same reasons. It wakes me and my wife up EVERY NIGHT. I cant stand it!



**Michael and Debra Higgins**
5 May 2011

This number calls here several times a week. There is never anyone on the line. Today it called at 1:00 am. How can I make this stop?

*Caller: Chase*



 **Mom of 5**
16 May 2011

It is Chase Security System Automatated services letting you know that a change or something different had just happened on your account.

Example I just registured a new computer when I logged on our account and it made me input a security code that they text or email you and it is for your safety to let you know that it happened.

It is not to sale you anything or gather information. It is a safety feature of Chase account.

If you do not have an account with them then maybe somebody is using your number for their account or had your number last time when they signed up and got an account.

I hope this helps.

*Caller. Chase Security Automated Service*
*Call Type: Event Reminder*

 **Building 7**
19 May 2011

How to block phone #s...

www.ehow.com/how_4890408_unwanted-calls-through-verizon-wireless.html

I'm sure other cell phone providers have the same service.

 **Building 7**
19 May 2011

Go to cell phone account online and block these #s.

 **rando66**
1 Jun 2011

someone used my phone to call this 18009359935 should i be conserned?

 **Dee** replies to rando66
19 Oct 2011

that is Chase Bank the same # on back of the Debit card



**270-577-0735**
21 Jun 2011

I get at least two calls from this number every day stating that I owe for a magazine subcription which I have told them on numerous occasions that I had cancelled.  I'm fed up!

*Call Type: Debt Collector*



**Kathy Hust**
27 Jun 2011

I got a phone call from this number on Tuesday, June 21, 2011.

*Call Type: Debt Collector*



**annoyed**
1 Aug 2011

This number has called me multiple days at 415am, 246pm 300 pm 946 pm 526 am this is harrassment all I have with chase is bank accounts!!!!y r thy calling at illegal hours anyway waking my household up!!!!! I never answer!!!!

1     2     3     **4**     5     6     7     8     Next

# PNC Virtual Wallet®
pnc com/VirtualWallet
Earn Up to $250 w/ Select Accounts! Winner of Multiple Banking Awards.

**Report a phone call from 800-935-9935:**

**Your Name** *

Your name as you would like it to appear in the title of your post.

**Message** *

**800-935-9935**

Did you get a call from 8009359935? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-935-9935
Toll-free

# 8x8 Call Center Software

○ business.8x8.com

Advanced. Easy. Affordable. Integrate Your CRM. View Demo!



**charollette**
20 Aug 2011

do not want calls wrong number

*Caller: chase*
*Call Type: Event Reminder*



**Kathy Hust**
23 Aug 2011

This number showed up as a missed call on my phone.  They called at 7:21 am on August 23rd.

# Checks.com - $4.95 a Box

○ checks.com

Popular Designs for As Low As $4.95 Order Checks Online · Easy



**HLM**
5 Sep 2011

This is legitimate Chase call because you have an alert set up. To stop these calls you need to log into your account online and check your alerts. You probably have an alert set to call you.



**Lindsey**
18 Sep 2011



I am not a chase card member but I still get calls from this number at 5 AM!!!! Stop calling me!!! Take my number off of your calling list...608-778-3325 :(



**Geekgram**
8 Oct 2011

Got a call at 2:45 am not too happy.

*Caller: Chase*



**Dee**
19 Oct 2011

I got this call if from Chase Bank ..it the same # that on back of the Debit card...They was calling about account information..something that i informed them to do when opening an checking accounting

*Caller: CONSUMER ENG*



**k**
24 Oct 2011

Well ~ I'm not sure if this is Chase or not, I received 3 phone calls Saturday morning 3:45am, 5:08am and 4:56am and I don't even have a Chase account, NEVER HAVE!

*Caller: 800-935-9935*



**Paul** replies to <u>k</u>
20 Feb 2012

I know how you feel! The same thing happens to me EVERY DAY and I dont have a chase account either. Mine starts at 3am. See my post on page 5, I am starting an online petition for all those like us who receive these annoying calls. Find my post on page 5, email me and when I am done setting the petition up in a day or two I will email you back with the link to the petition. Once I get a ton of names, which seems like it will be pretty easy being this isnt the only page that came up on google with people getting calls from this number, I am going to kick off a class action lawsuit.

Jay175a@aol.com



**aggrevated** replies to <u>k</u>
13 Jun 2012

It is chase bank. They call to report acct info when someone is making transactions or when checks clear,etc....



**ricky**
25 Oct 2011

get these annoying calls all hours of the day and night and even on sat. and sundays.   always the same.  got one today telling me to verify my pin number and a new charge.  first off i dont have a pin number for this card.  so i checked my account and no new charges where there.  chase seriously needs to do something about this or at least send out emails to the customers to let them know what is right and what is not.

*Caller: chase*



**beaujo**
27 Nov 2011

6:46am Black Friday
Chase notifing me that my credit card was just used charging over $200. This is an alert that I have with Chase and am thankful to them for this service. Charge turned out to be OK - My wife was taking advantage of Black Friday.

*Caller: CHACE.COM*
*Call Type: Event Reminder*



**Snow**
28 Jan 2012

The phone number 1-800-935-9935 connects the caller to JPMorgan Chase Deposit Accounts Customer Service telephone banking department.  The automated system that comes on is a self servicing system that can be used by customers to perform various transactions and obtain information on their accounts as long as the information inputted is verified.  *(star or asterisk), then 0 (zero)... 2 times... this will redirect you out of the automated phone system and to a live telephone banker.

*Caller: JPMorgan Chase*



**Cop-er**
3 Feb 2012

THIS IS A SCAM !!!!!! RUN!!!!! DO NOT USE!!!!!!!! THOSE POSTING POSITIVE REVIEWS ARE THE SCAMMERS. DO NOT BE FOOLED PEOPLE!!!!!!



**bj**
19 Feb 2012

I have a credit card through Chase Bank who automatically calls me (from this number) to remind me that my bill is owed "10 days from now". Again, if the wrong number happens to get type in, it will call the wrong number.

*Caller. "Consumer Engineering"*
*Call Type: Event Reminder*



**Fraud Alert**
19 Feb 2012

Confirmed with Chase Bank that this number is in fact not theirs - it's a phishing fraud. Note the numerous shill postings claiming the number is valid - these have been written by the fraud artists themselves - don't be fooled!

*Caller: Fake Chase Bank SCAM*



**Paul**
20 Feb 2012

I cant believe I found this online! I just typed the number into Google and found this page. I had no idea so many other people were having the same problem. They call me EVERY SINGLE DAY since I got this new cell number and whats worse is that they call my phone at 3am LIKE CLOCKWORK EVERY DAY. I am SICK OF IT! There is no buttons to press to get a live person and when I call it back no live person answers. I dont even have an account with Chase. So, I had an idea people. I am sick and tired of always sitting back and doing nothing about such injustices, no matter how big or small. So here is what I am proposing to do, and I hope that you will all participate. I am going to get an online petition going in the next day or two against this company. All who want to sign your names to it please email me at the following and put in the subject line CHASE AUTOMATED PHONE CALLS. My email is Jay175a@aol.com

Then, I am going to get the ball going on a class action law suit. And it is going to be 100% viable because:

1. I dont have a chase account and therefore this is harassment
2. It is law that solicitors cannot call more than twice a year
3. My cell # is on the national Do Not Call list
4. THIS IS HARASSMENT

I am 100% serious about doing this, and I hope you all will follow. Now, I just need some information and I ask whoever may be able to provide it to email it to me. I need to know where these calls are coming from, what City and State, and what Division of Chase. And if there is a Consumer Affairs department.

LETS DO THIS everyone, lets get these sorry b*****ds once and for all!
Who's with me!?!
Paul

 **FRAUDULENT**
24 Feb 2012

I have been getting calls from this number everyday for months.  I don't have a CHASE account and I have had my same number for 10 years!!!!! Additionally, I am on the DNC registry! I don't answer calls I do not recognize and no, they NEVER leave a message! I doubt this is a number input incorrectly, not with so many complaints. Additionally, most people request text messages or emails regarding their account status, not phone calls! I truly believe this is a scam for fraudulent activity.  These scammers can easily put their caller ID as any number they want.  If they get a live unsuspecting person to the answer the phone they will get what they want, access to peoples accounts so they can steal from us hard working individuals who are struggling to survive already.  People......please always initiate the call yourself or check your accounts yourselves.  DO NOT use these calls to verify ANYTHING!  Just think of it this way....better safe than sorry!!! God Bless!

*Caller: Not sure - Scammer???*

 **aggrevated!** replies to <u>FRAUDULENT</u>
13 Jun 2012

IT IS CHASE BANK. I RECEIVED TEXTS AND CALLS AND CONTACTED THEM. WHEN RECEIVING TEXTS YOU HAVE TO REPLY "STOP" TO STOP TEXTS. THAT WORKED BUT THEY WILL NOT STOP CALLING WHICH I REQUESTED EVERYDAY FOR A MONTH! THEY CALL AT LEAST ONCE A DAY. SOMETIMES 4-5 TIMES A DAY!

 **Emily**
12 Mar 2012

These people call me about twice a month, even though I am on the National Do-Not-Call List, and I have reported them to the Do-Not-Call List at least twice. This is a call from Chase bank about the statistics of an account, but it isn't my account. I don't have an account with Chase! It's from the person who had my phone number previously, but Chase won't stop calling. I'll report them, and they won't call for a few months, then they'll start calling again. It's getting very annoying.

*Caller: Chase*

 **Hyzack**
2 Apr 2012

The call is from Chase, made an online payment then got a call from them; didn't pick up, heard the same amount that I paid in the voice message.

*Caller: Chase*

1    2    3    4    5    6    7    8    Next

# Garcinia Cambogia Warning

⟋ drhoangwiki com/Garcinia-Secret
Shocking! Here's What We Found When We Researched Garcinia Cambogia.

**Report a phone call from 800-935-9935:**

**Your Name** *

Your name as you would like it to appear in the title of your post.

**Message** *

**Caller Company**

The company that called you.

**8009359935**

Did you get a call from 8009359935? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-935-9935
Toll-free

## 8x8 Call Center Software

◌ bus ness 8x8 com
Fast, Easy, Affordable, Reliable Cloud Contact Center-View 8x8 Demo



**sandy tarpanoff**
19 Apr 2012

I KEEP GETTING CALLS FROM THIS NUMBER STOP CALLING

*Caller: dont know*



**brittany**
4 May 2012

This number calls me every week at 2am. I'm getting annoyed

---

## Checks.com - $4.95 a Box

◌ checks.com
Popular Designs for As Low As $4.95 Order Checks Online - Easy.



**Melly**
15 May 2012

This number called at 5:45 - AM. I do not, have not, and will not ever bank with Chase Bank. I have called them back several times to ask them to stop calling, I'm always told that a "work order to remove your number has been issued", but so far, nothing stops them. This is ridiculous.

*Caller: Chase Bank*



**Melly** replies to Melly
15 May 2012



Called Chase this morning and had a CSR research my phone number. She found my number attached to someone else's account and removed it. My ex-husband works/ed for Chase Bank, I'm not doubting his involvement. Regardless, the CSR removed it and hopefully the calls stop.



**SOL DE L. OCASIO**
21 May 2012

THEY CALL ME SEVERAL TIMES AND NO BODY PICK UP THE FHONE



**SOL DE L. OCASIO**
21 May 2012

THEY CALL ME SEVERAL TIMES AND NO BODY TALK ME THEY HANG UP ON ME



**Andreas**
2 Jun 2012

Since weeks Chase is calling me at 8 AM on my new Cell Phone/ Pre Paid. I talked to somtheyebody and they apologized and promised not to call me anymore. Well, wasn't happend.... they still called me. The interesting part by that is that the banker wanted my Name and Address to make sure that those Phonecalls will stop. mmh .. they have my Number, no name no Address. The only way to stop this is to change the Phonenumber, I guess.

*Caller: Chase*



**caroljean**
13 Jun 2012

I have received these calls from chase bank and repeatedly request to remove my number and place it on Do Not Call list. Never had acct and they call me several times a day. Very frustrating and the refuse to stop calling me!

*Caller: chase bank*



**Beverly Sekella**
28 Jun 2012

I would like to verify phone # 800-935-9935 and the company that it belongs to.

 **mickey**
2 Aug 2012

quit with the calls.....this is ridiculous...isnt there something anyone can do

*Caller: chase*

 **michelle**
4 Aug 2012

stop calling my cell phone!!!!

*Caller: CHASE BANK*

 **TC**
14 Aug 2012

Thought I was done with this! Originally moved and got a new phone number and started getting calls at 6 & 7 a.m. from 1-877-242-7372 (Chase PC). Called 7/12 and explained I've NEVER been a customer of Chase and requested to be removed from their automated system as the person (whoever that is) is not at this number any longer. They told me they'd try but that if someone has this number in their account and didn't change it, I'd still be getting the calls. Then I called my phone provider, explained the situation, and they offered to block the number. After a few weeks of calls, they stopped. Now, about 2 weeks after the stopping, I got a call this a.m. (6:23 a.m. by the way -- which is very against the law to receive calls before 9 a.m.) from 800-935-9935. I called them back, gave them the same info and they said they'd "try" but that it could take 30 days. I then asked for the number or an email for their legal department explaining they are violating law by making these calls. Not surprisingly, they "didn't have" any contact info for legal so I asked for the Fraud Protection Number (which they gave as 877-691-8086. Think maybe it's just time to change my phone number. Sadly, of course, after 20 years with an old number and giving my new number out to friends and family, this will be a pain! By the way, the Chase staffperson tried to act like it might be some completely different scammer calling to which I replied, well, then why would they give your number to call back to? Just FYI. Hope this info helps others. Your posts helped me (well, most of them, anyway ;) P.S. I'm listing the call type as Debt Collector because the recording said the account was below their $100 minimum limit.

*Caller: Chase Bank*
*Call Type: Debt Collector*



**chase customer**
22 Aug 2012

I just received this call saying my card was used online, one of the alerts I signed up for to be notified about.  I let the message go to voice mail, just because I didn't know who it was. So my instance was legitimate, but either way I would never answer or call them back.

*Caller. chase bank*



**mb**
23 Aug 2012

It is Chase bank. I have a limit set on my cc, and if someone charges an amount over that limit, they call to let me know. It is a courtesy call, and it is parameters to what I set my limits at. It is NOT a crank call.

*Caller: Chase Bank*



**thomas**
28 Sep 2012

Automatic system from Chase calling day and night - informed them to remove my number from there system - told me that my number is not in the system - hard to believe.

*Caller: chase bank*



**yadi**
11 Oct 2012

If you have a chase account answer they are calling in ragards of you account..if you don't have an account with them just ignored them.  Real number from chase bank



**Puff**
19 Oct 2012

I received this on my email acct.  I have not tried to log in.  This happened to me last mth. and I entered all the info that they wanted and it was asking many questions that they didnt need. It is a scan. They want to get your infomation. I called the bank myself and cancelled my card and changed

my password.  The bank will not ask you for your password.  FYI !!!!!  My account was not suspended!

Dear Customer,

You have received this email because we have noticed invalid login attempts into your account online from an unknown IP address. Due to this, we have temporarily suspended your account.

In order to safeguard your account, We need you to update your account information for your online banking to be re-activated please update your billing information today of your Chase Online Banking Account registration information:

 **Dragonfire**
20 Oct 2012

it's very annoy.  I am only 12 and don't have any accounts with Chase.  How can I block the calls.

*Caller: Chase*

 **Rylan**
29 Oct 2012

I received a call from this number from Chase. I have an account alert set up on my credit card for anytime an international charge is posted to my account.

*Caller: Chase*

 **jb**
3 Dec 2012

I received a call on my cell claiming they were with Chase Fraud Division and wanted me to know someone attempted to charge a $10,000 Rolex on my credit card. He or she sounded like Darth Vader using some device to mask their voice. Very creepy! They wanted me to confirm my expiration date on the card. I asked for their direct number and they just gave me the same number as it appeared on my cell. I called Chase direct on the number on my card. There was no "Hold" or security issue on the account, however the same night they starting charging things to the account, including Child Support in Florida, Direct TV, several on-line purchases and $1450 to Time Warner. Nothing went through because they had the wrong Card date and Chase did a good job catching it. The account is now closed but lesson learned.... never ever confirm account info by email or phone!

*Caller: Claimed to be Chase, but lied*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Next |

## Top 3 Debt Consolidation

⊙ debt-consolidation-reviews.org

Make a Smart Consolidation Choice. Read the Research & Get Free Quote!

### Report a phone call from 800-935-9935:

**Your Name ***

Your name as you would like it to appear in the title of your post.

**Message ***

**Caller Company**

The company that called you.

**Call Type**

Unknown

Submit

*Thank you for your contribution! Please watch your language and post only truthful information.*

Other phone numbers in the 800 area code

Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Copyright 800notes.com 2013

## 800-935-9935

Did you get a call from 8009359935? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-935-9935
Toll-free

# 0% APR Credit Card Offers                                    ▷

🐦 creditcards.com
0% APR Credit Cards, No Annual Fee. Compare Offers & Apply Online Now!



**chris**
19 Jan 2013

This number is being used as a mask. The actual company is a collection company trying to collect on debt that may not be yours.



**Neil**
1 Feb 2013

I get the call everyday saying I have overdrawn. I DON'T HAVE A BANK ACCOUNT WITH CHASE! really annoying getting all these calls

*Caller: Chase bank*

# Capital One® Credit Cards                                    ▷

🦅 capitalone.com
Select from great rates & rewards. Visa or MasterCard. Apply Now!



**JR**
1 Feb 2013

This is the customer service number printed on the back of my CHASE Bank debit card.  My wife and I recently used this number to report a lost card.

When you call this number, an automated routing system directs you to the right department, so it's very likely that CHASE Bank uses this number for more than just debit-card customer service.

*Caller: CHASE Bank Customer Service*
*Call Type: Event Reminder*



**maggie**
22 Feb 2013

I also do not bank with Chase, and yet I get calls from this number about overdrawn funds in "my" checking account every single day. They call several times a day, at all hours and have woken me up at 2, 3 and 4am. I have called Chase bank and asked them to remove my number...I have also BLOCKED this number through my service provider (Sprint), and the calls still get through. I am so beyond frustrated, what else can I do to make this stop? Can this be considered harassment and warrant a lawsuit?

*Caller: Chase bank?*
*Call Type: Event Reminder*



**David** replies to maggie
27 Mar 2013

Possibly can warrant a lawsuit.
Business's are not suppose to call homes during 9pm-8am.
I could care less if they text me at odd hours. But damn do not call me before 10am.
Chase has never called me before & yes I do bank with them. Mortgage & a few other accounts. As I will not deal with bank of america scammers.

I know I have my account set to emails & txt. But I never authorized a phone call.
and calling me during the middle of the night warrants me getting irate. I do not care who you are. It best be a emergency if you call me before 10am & after midnight.



**David**
27 Mar 2013

it is a chase Verified #. But that doesn't mean someone didn't mask the #.
I received a call at 530am. Talk about illegal & tempting to close my account with them due to it. Woke me up & couldn't get back to sleep. so I am running on 3hrs of sleep instead of my normal 7-9hrs.

I will be contacting chase & filing a report!.
If it happens again I will be contacting authorities concerning it.

*Caller: chase*



**Ai**
11 Apr 2013

It's the most annoying thing! They won't stop calling. They just called my phone today at 1AM.

*Caller: Chase*
*Call Type: Event Reminder*



**Mellie**
4 May 2013

This is NOT an illegitimate number. I checked the box on my Chase account to be notified when my account reached a certain level so that I would not go too far in the hole on my credit card. If you don't want to get the reminders, go online and change it.

*Caller: Chase*



**Rodger D**
16 May 2013

It is an automated call from Chase. I requested an alert if my balance was over a certain amount and it works.

*Caller: Chase Bank*
*Call Type: Event Reminder*



**C**
24 May 2013

They called me yesterday at 3:17AM. Ridiculous.



**Ruth**
5 Jun 2013

I get calls for the last week every day from this & other numbers that everyone says are from Chase. I called & spoke to a Rep of Chase today re: these so called messages or non messages from Chase. He looked at my account & said there are no problems & no one from Chase has called you. These are phony calls they are not from Chase. It is being reported to the abuse hot line. If you are getting

these calls please report the phone number etc to this email:
abuse@chase.com

*Caller: UnKnow but pretending to be Chase Bank*



**marcus**
16 Jul 2013

this mother f****rs wont stop calling me

*Caller: chase bank*



**john**
16 Jul 2013

those SEHCTIB←do not quit calling me,but record those mother SREKCUF←and if they keep calling you go to police station with your record and they will fix your problem 100% they did help me and now I receive no calls from them..



**john**
16 Jul 2013

OH YES THEY ARE CHASE BANK,CHASE BANK,CHASE BANK THEY KEEP CHASING YOU RECORD THEM

*Caller: CHASE BANK*



**Mark**
20 Jul 2013

Robo call Notification of payment having been received from Chase Card Services. They call every time i make a payment.

*Caller: Chase Card Services*
*Call Type: Event Reminder*



**I Don't Think So**
23 Jul 2013

I got a live person that was hesitant to give more than a first name. This includes identifying herself as representing Chase. We get pounded with soliciting calls so I start off questioning any unexpected call. She asked for a family member that wasn't home so I asked if he had an account with them? She refused to answer. I informed her then if she can't even tell me so that I can substantiate the validity of her call then I have to assume she is a solicitor and have no more to say to her.

Caller ID shows name is blocked and only gives the phone #

*Caller: Chase Bank*

 **lea** replies to I Don't Think So
27 Jul 2013

Most companies have their employees give a false first, last name anyway. They should always say who they are representing though. But as far as her not giving a lot of info-she has no idea if the person she is looking for lives there or not and can not give out any info. The person that she's calling for listed that number so she called it. It's Chase overdrawn dept and set up to call customers. It's frustrating I know but I bank with Chase and wouldn't want my info being given out to people who answer my number either. lol

 **Anonymous**
27 Jul 2013

It's 100% Chase Bank...if you are overdrawn, they will call you. Change it in your settings on Chase.com. If they are calling you and you don't bank with Chase, then someone listed your number by mistake most probably. Chase is a great bank-they notify you if there is potential Fraud-there's another 800 number that comes up. I wrote a check to my new landlord and they didn't recognize it and they called me immediately. They try to help their customers-I've banked with them for 5 yrs.

*Caller: Chase Bank Overdrawn*

 **Romiena**
4 Aug 2013

I have gotten several calls from this # withing a week. That card ending number is not mine.

*Caller: Chase*

 **Rich**
2 Sep 2013

Get rid of this number. If it's linked to Chase make Chase change their number!!

*Caller: 800-935-9935*
*Call Type: Telemarketer*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Next |

## Having Troubles With IRS?

⊙ irsdebt-relief.net/fast-help
A+ Rated w/BBB. If Owe $9,000 Call to Start w/$0.00 Down & Financing!

### Report a phone call from 800-935-9935:

Your Name *

Your name as you would like it to appear in the title of your post.

Message *

Caller Company

The company that called you.

Call Type        Unknown ⌄

Submit

*Thank you for your contribution! Please watch your language and post only truthful information.*

Other phone numbers in the 800 area code

Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Copyright 800notes.com 2013

**8009359935**

Did you get a call from 8009359935? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-935-9935
Toll-free

# Tampa Limousine®

○ tampavipcharter.com/

Corporate & Personal Transfers Buses, SUV, Luxury Vans & Sedans

 **madsea**
13 Oct 2013

800-935-9935 is a legit Chase Bank phone number, BUT  888-935-9935 IS NOT !!!   800 = OK    888 = Scam.  Its a fake marketing thing about a $100 check, but the next time I called the 888 version, it was a cruise ship winner!!  must be a roulette wheel of scam sharing the same 888 number.

I called chase to place a fraud alert on the deal, and the scammer had already processed a $2.95 charge to start on a health care discount card.  Chase will dispute the charge for me.

*Caller: na. I called*
*Call Type: Telemarketer*

 **Vanessa** replies to madsea
16 Jan 2014

Slick. Similar tactic to what is done on the web with mis-typed addresses.

 **dave**
25 Oct 2013

it really was chase - do web search and you will see - they kept calling me telling me when a $200 dollar or more charge was issued to my card - the problem was i have no card - called them and they said they will stop the calls - i did not give them my ssn or any other info other then my phone number that they were calling me at

*Caller: Chase Bank*
*Call Type: Event Reminder*

# Senior Living Homes



sunriseseniorliving.com
Over 30 Years Experience Providing Quality Care & Nursing Support!

**Andrea**
20 Nov 2013

This is a Chase alert. After identify theft a few years ago, I set my account to notify me anytime a charge of $50 or greater is made. Works well.

*Caller: Chase Bank*
*Call Type: Event Reminder*



**KB**
14 Jan 2014

Received a call from this number at 3:14  A.M. this morning!
I didn't answer.



**Vanessa**
16 Jan 2014

Chase credit alert. You signed up for this. If you don't like it, go online and turn it off.

*Caller: Chase Bank*
*Call Type: Event Reminder*



**Luther Trapezoid**
20 Feb 2014

I just got a letter from Chase that told me to call this 800-935-9935 number to tell them my occupation...something about bank policy. No way in hell am I going to do that, even if the request is legitimate. None of their business. And, anyway, if they really wanted to know, the could just look at my direct deposits and figure it out.



**Steve** replies to <u>Luther Trapezoid</u>

 7 Mar 2014

I got the same letter. Also asked me for my Citizenship.

It is Chase. You can see the number here...

https://www.chase.com/resources/personal-banking-contact

 **TannerMan** replies to Luther Trapezoid
11 Mar 2014

We received the same letter dated February 3, 2014. Quote: "Here is the information we require and do not have":
*Citizenship
*Occupation
*Employer
*Income
Please update this information by March 21, by calling us anytime at 1-800-935-9935 or visiting a branch.
-end quote
JP Morgan chase is the right arm of the Federal Reserve, a privately owned system of banks that print debt notes ($dollars) & they are part of the Dept of Homeland Security, which is part of the war on terror a perfect war without a face, which means ANY face, like yours and mine could be a "terrorist". 1 Chase plaza, their NY & main HQ was sold to a Chinese investor for 50% of the value, which means JP Morgan Chase defaulted or "deal gone bad". More than you wanted to know; we will not be giving this info, they already have it; just as they have yours since the same Federal Reserve has the henchman organization called the IRS.

 **Joe**
5 Mar 2014

I do not have a Chase Acct. never have. I keep getting cards from this number, they never leave a message when I let go to voicemail, they just hang up and just call back.

*Caller: No idea*

 **Robert DeChellis**
5 Apr 2014

Recieved call from

*Caller: chase*



**scw**
10 Apr 2014

I received a call from this number for the 2nd time this evening! I answered as it stated on my phone that it was Chase survey! the lady was foreign and couldn't pronounce my name correctly and I bluntly said, "What do you need?" She abruptly hung up! I called the number back at which there was a voice mail stating that they were sorry they missed the call, but it was in regards to your most recent banking experience and if you wanted to call regarding getting the initial call to call 8009359935, which is the correct number for Chase Bank! They said that Chase hired a 3rd person to do surveys on their customers banking experiences! I was so upset and told the lady that my bank account is specifically private to me and me only with the exception of the bank itself! I told her to take me off any lists that wanted my reaction to customer service and if they wanted to know then they needed to send me a letter with the Chase Bank letter head, otherwise, I would treat any other calls pertaining to Chase Bank as harassment! She took my name off of any future lists and apologized and understood my position! I also told her that with all the telemarketers, scam, spam and robo calling, the last thing i needed to address is something from my bank causing more time and commotion! OH, she asked if the number was from my cell and I said no because I don't own a cell....I know call me crazy, but I am not purchasing another damn phone Hope this helps!!

1     2     3     4     5     6     7     8

## Top 3 Debt Consolidation

○ debt-consolidation-reviews.org
Make a Smart Consolidation Choice. Read the Research & Get Free Quote!

**Report a phone call from 800-935-9935:**

**Your Name ***
                        Your name as you would like it to appear in the title of your post.

**Message ***