UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA ALVAREZ,

   Plaintiff,                                CASE NO.: 8:14-CV-1366-T-17MAP

-vs-

JPMORGAN CHASE BANK, N.A.

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Lisa Alvarez, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, JPMorgan Chase Bank, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 5th day of January 2015.

                                                    */s/ William Peerce Howard*
                                                    William Peerce Howard, Esquire
                                                    Morgan & Morgan, P.A.
                                                    One Tampa City Center
                                                     201 N. Franklin St., 7th Floor
                                                     Tampa, FL 33602
                                                     Tele: (813) 223-5505
                                                     Fax: (813) 223-5402
                                                     Florida Bar #: 0103330
                                                     Attorney for Plaintiff
                                                     bhoward@forthepeople.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed electronically on the 5th day of January, 2015, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

>Robert M. Quinn, Esquire
>Fentrice D. Driskell, Esquire
>Carlton Fields Jorden Burt, P.A.
>P.O. Box 3239, Tampa, FL 33601
>rquinn@cfjblaw.com
>fdriskell@cfjblaw.com

>/s/ *William Peerce Howard*
>Attorney for Plaintiff